# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN DEFOREST,
                       Appellant,

      vs.

THE STATE OF NEVADA,
                       Respondent.

No. 80416

**FILED**

FEB 21 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court dismissing an appeal from the justice court. First Judicial District Court, Storey County; James Todd Russell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976); *Waugh v. Casazza*, 85 Nev. 520, 458 P.2d 359 (1969). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-07149

cc: Hon. James Todd Russell, District Judge
Brian DeForest
Attorney General/Carson City
Storey County District Attorney
Storey County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A